UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| KYRA I. NELSON<br>Plaintiff – Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br>Defendant – Appellee. | ) | No: 26-1008 |
| BRADLEY R. NELSON<br>Plaintiff – Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br>Defendant – Appellee. | ) | No: 26-1009 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 12(b), undersigned counsel seeks to withdraw his appearance on behalf of Wells Fargo Bank, N.A. ("Wells Fargo"). Wells Fargo continues to be represented by Attorney Sean Higgins, who maintains an appearance in this case.

WHEREFORE, undersigned counsel respectfully requests this court grant withdrawal or any other relief deemed just and appropriate.

WELLS FARGO BANK, N.A.,
By its counsel,

*/s/ Keith J. McCarthy*

Keith J. McCarthy (No. 1189177)
Keith.McCarthy@klgates.com
K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175

Date: August 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| KYRA I. NELSON<br>Plaintiff – Appellant, | |
| v. | No: 26-1008 |
| WELLS FARGO BANK, N.A.<br>Defendant – Appellee. | |

**CERTIFICATE OF SERVICE**

I, Keith J. McCarthy, hereby certify that on August 21, 2026 I filed this document with the Court through the Court's e-filing system and it will be sent electronically to the registered participants. Additionally, I served this document upon the parties listed below by first-class mail, postage prepaid.

Kyra Isabel Nelson
65 Lovers Lane
Groton, MA 01450
kyra.nelson5@gmail.com

Bradley R. Nelson
123 Centra Ave.
Ayer, MA 01432
Nelsonwoodworking123@gmail.com

*/s/ Keith J. McCarthy*
Keith J. McCarthy (No. 1189177)