# United States Court of Appeals
## For the First Circuit

---

No. 26-1008

KYRA I. NELSON,

Plaintiff - Appellant,

v.

WELLS FARGO BANK, N.A.,

Defendant - Appellee.

---

No. 26-1009

BRADLEY R. NELSON,

Plaintiff - Appellant,

v.

WELLS FARGO BANK, N.A.,

Defendant - Appellee.

---

**NOTICE**

Issued: September 1, 2026

This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

Anastasia Dubrovsky, Clerk

cc:
Sean R. Higgins
Bradley R. Nelson
Kyra I. Nelson